U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 14 2018

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY DENTON<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-1440-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, ET AL.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion for Temporary Restraining Order (Doc. 1) is hereby **DENIED**.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 13th day of December, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE